ALBANY,
August, 1810.

PETERS and
GEDNEY
v.
HENRY.

, Motion denied.

PETERS and GEDNEY *against* HENRY.

Where the plaintiff in a suit in a court of common pleas, in which judgment was given, after verdict, for the defendant, brought a writ of error to this court, and the judgment in the court below was affirmed; it was held that the defendant was not entitled to double costs, under the 14th sect. of the act, sess. 24. c. 170. which is only for delaying execution; but he is entitled to single costs under the 12th section of the act.

A QUESTION in this cause, as to double costs, was submitted to the court.

The plaintiffs sued the defendant, in the *Rensselaer* common pleas. A judgment, after verdict, was given for the defendant, and on error to this court, that judgment was *affirmed*.

*Per Curiam.* The defendant is not entitled to double costs. The case of *Baring* v. *Christie* (5 *East*, 545.) is

in point. When judgment below is for the defendant, the case is not within the statute which gives double costs, by reason of the *delay of execution.* This delay cannot arise, when the plaintiffs below fail. The defendant is, however, entitled to single costs, under the 12th section of the same act, (*Laws*, vol. 1. p. 531.) which is to be construed as broadly as the act of 8 and 9 *W.* III. c. 11. s. 2. from which it was copied; the phraseology only being a little altered in the revision.